NO. SCAD-12-0000405

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

ANDRÉ S. WOOTEN, Respondent.

---

ORIGINAL PROCEEDING
(ODC 08-054-8697)

ORDER OF REINSTATEMENT
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of the June 3, 2013 affidavit submitted by Respondent André S. Wooten and the record, it appears Respondent Wooten has complied with all relevant requirements of his ninety-day period of suspension from the practice of law and with the requirements of Rule 2.16 of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH). It further appears the Office of Disciplinary Counsel was personally served notice of the affidavit, as required by RSCH Rule 2.17(b). Therefore,

IT IS HEREBY ORDERED that, pursuant to RSCH Rule 2.17(b), Respondent Wooten is reinstated to the practice of law in the jurisdiction of the State of Hawaiʻi, effective upon entry of this order.

DATED: Honolulu, Hawaiʻi, June 17, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack